UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2004 APR 28  P 3: 18

CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973)994-1700

Of Counsel
Anthony A. Froio, Esq.
Christopher P. Sullivan, Esq.
Jonathan D. Mutch, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
111 Huntington Avenue – Suite 1300
Boston, Massachusetts 02199-7610
(617) 267-2300

Attorneys for Plaintiff
VELUX AMERICA, INC.

| | |
|---|---|
| VELUX AMERICA INC., : | |
| Plaintiff, : | CIVIL ACTION NO. 04-221(WJM) |
| v. : | |
| BUILDING MATERIALS : CORPORATION OF AMERICA, d/b/a GAF MATERIALS CORPORATION : | |
| Defendant. : | |

## PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT AND DISMISS

Pursuant to Fed. R. Civ. P. 41(a), VELUX AMERICA, INC. ("VELUX") hereby moves to dismiss this action without prejudice. VELUX states that the Complaint in this case was never served upon the defendant Building Materials Corporation of America d/b/a GAF Service Corporation.

Respectfully submitted,

VELUX AMERICA INC.
By its attorneys,

Dennis F. Gleason
CARELLA, BYRNE, BAIN, GILFALLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Of Counsel
Anthony A. Froio, Esq.
Christopher P. Sullivan, Esq.
Jonathan D. Mutch, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
111 Huntington Avenue – Suite 1300
Boston, Massachusetts 02199-7610
Tel: (617) 267-2300
Fax: (617) 267-8288

Dated: April 26, 2004
#218373

SO ORDERED:
WILLIAM J. MARTINI, U.S.D.J.
DATED: 5/3/04

-2-